AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Carl J. Chisolm | ) |
| *Petitioner* | ) |
| v. | ) Civil Action No.  2:10-2647-MBS |
| Warden McCabe, Lieber Corr. Inst., | ) |
| *Respondent* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❒ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: This case is dismissed without prejudice and without requiring respondent to file a return. The petitioner shall take nothing on his petition filed pursuant to Title 28 U.S.C. § 2254.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, United States District Judge.

Date:  April 7, 2011                                                    *CLERK OF COURT*

                                                                        s/H. Hillman
                                                                *Signature of Clerk or Deputy Clerk*